RECEIVED

2014 AUG 29 A 11:47

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Cecil Felder
_____
Full name and prison name of
Plaintiff(s)

v.

Kim Thomas
Benneth Jones
Sandra Giles
Rene Mason
Captain Jenkins
S.G.T. Carter
_____
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 3:14-CV-911-MHT-SRW
(To be supplied by Clerk of U.S. District
Court)

I.  PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☒

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☒

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if state court, name the county)

         Middle District

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT *Bullock Correction Facility*

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED *Tuskegee Alabama County Road (29)*

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | S.G.T. Carter | Bullock Corr. Facility. |
| 2. | Captain Jenkins | P.O. Box 5107 |
| 3. | Kim Thomas | Union Springs, Al. |
| 4. | Kenneth Jones | 36089 |
| 5. | Sandra Giles | |
| 6. | Rene Mason | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: *Denied. Refused To Provide Adequate medical care.*

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

_See- Attachment For Facts._

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

## Supporting Facts

I Cecil Felder, and three other inmates were out on (Squad) working at the prison. Bullock Corr. Facility. After lunch time we were rear-ended on Country road (29) in Tuskegee Alabama. We were unable to be transported to the hospital for our injuries without Dept. of Corr. approval. Paramedic was concern and unable to leave the scene with-out us in the transporting vehicle or someone sign a "refusal." Each inmate had they own injuries and needed treatment. Two of us were unable to walk. As we sat in pain waiting for the Dept. of Corr. Paramedic took vital signs. Paramedic stated there is not much they could do here we needed to be further evaluated at the (E.R.)-or-hospital. S.G.T. Carter/Captain Jenkins showed up S.G.T Carter walked to the Paramedic vehicle we all knew Paramedic couldn't leave without us-or-a refusal. Paramedic and (S.G.T.) Carter met face to face then paramedic pulled out her tablet and S.G.T. Carter signed a refusal. I suffered three mounth in a wheel chair, taking pain pills (3) times a day still to this day I'm not the same. things could've been and would've been better for us if Dept. of Corr. would have not denied us medical treatment. Justice must be served, for us and other inmate's in the future.

Mr. Cecil Felder.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff asking for 75,000 - Pain, suffering.
300,000 - For Punitive Damages.
150,000 - Compensatory Damages.
Grant other relief as this Honorable Court deems the Plaintiff to be entitled to.

*Cecil Felder*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8 · 26 '14
            (Date)

*Cecil Felder*
Signature of plaintiff(s)

## Concern

Because of our situation we have been abuse from D.O.C. officer's, some stoped and some continue to harrass us. It was so bad we had no choice but to tell the captain. He advise them all to leave us alone. I know because an officer told me. However I'm concern and wondering will they retaliate after this law suit. I'm afraid a little to stay here. Hopefuly who ever reading this will issue a trasfert order to another prison.

Thank You Man/ God Bless You...

Ms. Cecil Felder

Case 3:14-cv-00911-MHT-SRW   Document 2   Filed 08/29/14   Page 7 of 7

CECIL FEIDER #279538
P.O.Box 5107 Union Springs Al.
Bullock Correction Facility 36089
D-1 18.A

Middle District of Alabama
Office of the Clerk
Post Office Box 711
Montgomery Al. 36101-0711

