IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| CECIL FELDER,            )<br>                          )<br>    Plaintiff,          )<br>                          )<br>    v.                    )<br>                          )<br>                          )<br>KIM THOMAS, et al.,       )<br>                          )<br>    Defendants.           ) | CIVIL ACTION NO.<br>3:14cv911-MHT<br>(WO) |

OPINION AND ORDER

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit challenging prison officials' delay in providing him medical care after an accident.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's claims against several defendants be dismissed.  Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

Accordingly, it is ORDERED as follows:

(1) Plaintiff's objections (doc. no. 14) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 8) is adopted.

(3) Plaintiff's claims against defendants Thomas, Jones, Giles, and Mason are dismissed with prejudice, and these defendants are terminated as parties.

(4) Plaintiff's claim against defendant Jenkins is dismissed without prejudice, and this defendant is terminated as a party.

It is further ORDERED that this case is referred back to the magistrate judge.

DONE, this the 6th day of November, 2014.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE