IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| CECIL FELDER, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>SGT. CARTER and CAPTAIN )<br>JENKINS, )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>3:14cv911-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit asserting that prison officials' delay in providing him medical care and one official's threats of disciplinary sanctions violated his Eighth Amendment right to be free from cruel and unusual punishment. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment should be granted. There are no objections to the recommendation. After an independent and de novo review of the record, and because plaintiff has voiced

no objection, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of August, 2017.

                                /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**